# UNITED STATES DISTRICT COURT
for the
District of <u>DELAWARE</u>

EVANSTON INSURANCE COMPANY,
an Illinois corporation,

           Plaintiff,

           v.                                           Civil Action No_1:08-cv-286 JJF

LAYNE THOMAS BUILDERS, INC.,                JURY TRIAL DEMANDED
a Delaware corporation,

           Defendant.

**Summons in a Civil Action**

TO:   Layne Thomas Builders, Inc.
        120 B West Market Street
        Newport, Delaware 19804

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day your received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are:

        Kevin F. Brady, Esquire
        CONNOLLY BOVE LODGE & HUTZ LLP
        The Nemours Building
        1007 North Orange Street
        Post Office Box 2207
        Wilmington, Delaware 19899-2207

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO

*Name of clerk of court*

Date: JUL 1 7 2008

*Deputy clerk's signature*

Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 7/18/08,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with SHAWN REID
        who resides there and is of suitable age and discretion; or

    (3) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____

Date: 7/21/08

_____
Server's signature

ROBERT BOWER
Printed name and title

230 N MARKET ST, WILM DE 19801
Server's Address