UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation, )<br>)<br>) | |
| Plaintiff, )<br>) | C.A. No.: 1:08-cv-286 JJF |
| ) | JURY TRIAL DEMANDED |
| v. )<br>) | |
| LAYNE THOMAS BUILDERS, INC., a Delaware corporation, )<br>)<br>) | |
| Defendant. )<br>) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of James W. Semple, Esquire and David J. Soldo, Esquire on behalf of Defendant, Layne Thomas Builders, Inc.

This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects or defects in service upon the defendants. The defendants specifically reserve all rights to raise any jurisdictional, service, or statute of limitations defenses which may be available.

MORRIS JAMES LLP

_____
James W. Semple (#0396)
David J. Soldo (#4309)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
jsemple@morrisjames.com
dsoldo@morrisjames.com
*Attorneys for Defendant, Layne Thomas Builders, Inc.*

August 29, 2008

1896881/1