UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAYNE THOMAS BUILDERS, INC., a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>)  C.A. No.: 1:08-cv-286 JJF<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of James W. Semple, Esquire and David J. Soldo, Esquire on behalf of Defendant, Layne Thomas Builders, Inc.

This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects or defects in service upon the defendants. The defendants specifically reserve all rights to raise any jurisdictional, service, or statute of limitations defenses which may be available.

                                      MORRIS JAMES LLP

                                      James W. Semple (#0396)
                                      David J. Soldo (#4309)
                                      500 Delaware Avenue, Suite 1500
                                      P.O. Box 2306
                                      Wilmington, DE 19899
                                      (302) 888-6800
                                      jsemple@morrisjames.com
                                      dsoldo@morrisjames.com
                                      *Attorneys for Defendant, Layne Thomas Builders, Inc.*

August 29, 2008

1896881/1