UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation, | ) ) ) | C.A. No.: 1:08-cv-286 JJF |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| LAYNE THOMAS BUILDERS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that the time by which Defendant, Layne Thomas Builders shall answer, move, or otherwise respond to Plaintiff's Complaint is extended to and including September 12, 2008.

CONNELLY BOVE LODGE & HUTZ, LLP

_____
Kevin F. Brady, Esquire (#2248)
Josiah R. Wolcott, Esquire(#4796)
The Nemours Building
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141
Fax: (302) 658-5614
kbrady@cblh.com
jwolcott@cblh.com
*Attorneys for Plaintiff, Evanston Insurance Co.*

MORRIS JAMES LLP

_____
James W. Semple (#0396)
David J. Soldo (#4309)
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE 19899
*Tel: (302) 888-6800*
*Fax: (302) 571-1750*
*jsemple@morrisjames.com*
*dsoldo@morrisjames.com*
*Attorneys for Defendant, Layne Thomas Builders*

**SO ORDERED** this ____ day of _____, 2008.


_____
United States District Court Judge

1896607/1